Order entered December 17   , 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01234-CR

**BRIAN CLONINGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-59896-V**

## ORDER

The Court **REINSTATES** the appeal.

On November 25, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) appellant timely requested preparation of the record; (4) Debi Harris is the court reporter who recorded the proceedings; (5) Ms. Harris's explanation for the delay in filing the record is its size, the illness of another court reporter who is assisting her, and her workload; and (6) Ms. Harris requested thirty days from the December 15, 2015 findings to file the record.

We **ORDER** court reporter Debi Harris to file the complete reporter's record, including all exhibits admitted into evidence, by **JANUARY 19, 2016**.

We **DIRECT** the Clerk to send copies of this order to Debi Harris, court reporter, Auxiliary Court No. 8, and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE